OPINION — AG — THE BUDGET SUBMITTED BY THE GOVERNOR TO THE LEGISLATURE IN ACCORDANCE WITH 62 O.S. 1971 41.33 [62-41.33], MUST BE BALANCED AND CANNOT LAWFULLY CONTAIN A DEFICIT FOR ONE OR MORE STATE AGENCIES AND MUST BE BALANCED IN THE AGGREGATE. (PUBLIC FINANCE, GOVERNOR, BUDGET) CITE: ARTICLE X, SECTION 23, ARTICLE VI, SECTION 9, 62 O.S. 1979 Supp., 41.1 [62-41.1], 62 O.S. 1971 41.34 [62-41.34] [62-41.34] (APPROPRIATIONS, REVENUE RECEIVED) (FLOYD W. TAYLOR)